

United States District Court
Eastern District of Virginia
Newport News, Virginia

REGINALD C. MITCHELL

v.                                CASE NO.: 4:14CV04

LITTON LOAN SERVICING
4828 Loop Central Drive
Houston, TX  77081

And

OCWEN
Post Office Box 6440
Carol Stream, IL  60197-6440

## COMPLAINT

1. Federal Court is the appropriate court because of the amount of money involved in this case and because both defendants are out of state.

2. Litton Loan Servicing held an escrow account for my property located at 115 Bowen Drive which I made monthly payments to with the understanding that Litton Loan Servicing was to pay my insurance premiums to Nationwide Insurance. Instead, Litton Loan Servicing paid their own designated insurance company three (3) times the amount. In September, 2004, Hurricane Isobel did approximately $18,000.00 damage to my house. Litton Loan Servicing did not assess the damage until one (1) and ½ years later and paid approximately $12,000.00 for the damage. Further, Litton Loan Servicing sent me statements claiming I did not owe any mortgage payments for approximately one (1) and one-half (1/2) years in 2005, and then applied $14,000.00 to their collections department which impacted my credit rating. It was necessary for me to hire an attorney to

investigate this matter and this is when they applied $14,000.00 to collections. Litton Loan Servicing subsequently sold my mortgage to OCWEN. I hereby seek TWO MILLION DOLLARS ($2,000,000.00) IN RELIEF.

REGINALD C. MITCHELL
115 Bowen Drive
Hampton, VA 23666
(757) 239-0626