IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**REGINALD C. MITCHELL**

    **Plaintiff,**

v.                                                       **CIVIL ACTION NO. 4:14-cv-4**

**LITTON LOAN SERVICING, et al.,**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff Reginald C. Mitchell's Consent Motion for Extension of Time to File Response/Reply as to Defendants' Motion to Dismiss (Third Request), which was filed on June 27, 2013. ECF No. 13. The Motion to Dismiss was filed on April 5, 2014. ECF No. 4. The previous Consent Motions to extend the time to respond were filed on April 23, 2014, ECF No. 8, and May 29, 2014, ECF No. 11. Defendants' motion has been pending for nearly three months, and twice before the Court has extended Plaintiff's deadline in order to permit settlement negotiations. Federal Rule of Civil Procedure 6(b) states that the Court may, for good cause, extend the time to file a responsive pleading. The Plaintiff represents that his counsel has only been in the case for one month, and that, once again, the extension of time is necessary to permit ongoing settlement negotiations. ECF No. 13. Given how long Defendants' motion has been pending, this alone is not good cause to extend the time yet another thirty days. Accordingly, Plaintiff's motion is **GRANTED in part**, and the time within which Plaintiff may respond to Defendant's motion to dismiss is extended ten days, to and including July 10, 2014. No further extensions of time will be authorized.

It is so **ORDERED.**

/s/
Lawrence R. Leonard
United States Magistrate Judge
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
June 30, 2014